IN THE SUPREME COURT OF TEXAS

 No. 05-0086

 IN RE LIVING CENTERS OF TEXAS, InC./PASADENA CARE CENTER

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's second motion for emergency stay, filed February 11,
2005, is granted. The order dated January 20, 2005, in Cause No. 2003-
9558, styled Joe Zepeda and Sarah Zepeda, as Heirs to Law and
Representatives of the Estate of Nazaria Chavez, deceased v. Pasadena Care
Center, in its Assumed or Common Name; Raber Corporation; et al., in the
333rd District Court of Harris County, Texas, is stayed pending further
order of this Court.

 Done at the City of Austin, this February 14, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk